IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN MAXWELL MONTIN, ) | |
| ) | |
| Plaintiff, ) | 4:05CV3109 |
| ) | |
| vs. ) | PRISONER PAYMENT ORDER |
| ) | |
| JOHN J. BATTERSHELL, et al., ) | |
| ) | |
| Defendants. ) | |

The plaintiff has filed a complaint pursuant to 28 U.S.C. § 1983 and a request to proceed in forma pauperis (filing no. 2). The court has received a certified copy of the plaintiff's institutional trust account information. The Court acknowledges that the plaintiff has already paid the $250.00 filing fee as required. After review of the plaintiff's trust account information, I will grant the plaintiff's motion to proceed in forma pauperis from this point forward in this case.

SO ORDERED.

DATED this 16th day of May, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge