IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN MAXWELL MONTIN, ) | |
| ) | |
| Plaintiff, ) | 4:05cv3109 |
| ) | |
| vs. ) | ORDER |
| ) | ON INITIAL REVIEW |
| JOHN J. BATTERSHELL, et al., ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court for initial review of the civil rights complaint filed by the pro se plaintiff, John Maxwell Montin. The plaintiff states that he has been confined in the Lincoln Regional Center since 1993, after a judgment of "not responsible by reason of insanity" in criminal proceedings before the Hayes County District Court.

    The Prison Litigation Reform Act ("PLRA") does not apply to the plaintiff. See, e.g., Kolocotronis v. Morgan, 247 F.3d 726, 728 (8th Cir. 2001) (inmate of a mental facility confined pursuant to a finding of not guilty by reason of insanity was not a "prisoner" within the meaning of the PLRA).

    The plaintiff seeks injunctive, declaratory and monetary relief from persons who have conspired to deny him due process and equal protection, who have infringed his privilege against self-incrimination, and who have inflicted cruel and unusual punishment upon the plaintiff during his confinement at the Lincoln Regional Center. I find that the plaintiff's complaint need not be dismissed on initial review. Therefore, as initial review of the complaint is now concluded, it is time for the plaintiff to obtain service of process on the defendants, as set forth below.

    In a cover letter to the Clerk of Court accompanying the complaint, the plaintiff states that he will pay for service of process on his own. However, because the plaintiff is proceeding in forma pauperis ("IFP"), the U.S. Marshal is available to serve the defendants at no cost to the plaintiff, after the plaintiff completes the appropriate forms.

    IT IS THEREFORE ORDERED:

    1.    To obtain service of process on the defendants, the plaintiff must complete and return forms which the Clerk of Court will provide. The Clerk of Court shall send summonses and Form 285s to the plaintiff (two of each for each defendant) together with a copy of this Order.

    2.    The plaintiff shall, as soon as possible, send the completed summons and 285 forms back to the Clerk of Court. In the absence of the completed forms, service of process cannot occur.

    3.    When completing forms for service of process on state employees such as

the defendants, in their *official* capacity, the plaintiff must comply with Neb. Rev. Stat. § 25-510.02(1), which states in pertinent part:

> (1) The State of Nebraska, any state agency ... and any employee of the state ... sued in an official capacity may be served by leaving the summons at the office of the Attorney General ... or by certified mail service addressed to the office of the Attorney General.

The address of the Nebraska Attorney General's office is 2115 State Capitol, Lincoln, Nebraska 68509. On the other hand, state employees such as the defendants, sued in their *individual* capacity, may be served at one or more address(es) where they may be found, such as at home or at work. Each defendant in his or her individual capacity must be named on a separate summons form.

4. Upon receipt of the completed summons and 285 forms, the Clerk will sign each summons, to be forwarded, together with a copy of the complaint, to the U.S. Marshal for service of process. The Marshal shall serve each summons and complaint without payment of costs or fees. Service may be by certified mail pursuant to Fed. R. Civ. P. 4 and Nebraska law in the discretion of the Marshal.

5. Fed. R. Civ. P. 4 requires service of the complaint on a defendant within 120 days of filing the complaint. However, because in this order the plaintiff is informed for the first time of these requirements, the plaintiff is granted, on the court's own motion, an extension of time until 120 days from the date of this order to complete service of process. The plaintiff is hereby notified that failure to obtain service on a defendant within 120 days of the date of this order may result in dismissal of that defendant without further notice.

6. If service has been obtained on no defendant by the deadline set forth above, the Clerk of Court shall bring this case to the attention of the court.

7. After an appearance has been filed by a defendant, the plaintiff shall serve on the defendant or, if an appearance has been entered by counsel, upon such counsel, a copy of every future pleading, letter or other document submitted to the court. Parties usually serve copies of documents on other parties by first class mail.

8 The plaintiff shall include with each document submitted to the court a "Certificate of Service" stating the date a true and correct copy of such document was mailed to the defendants or to the attorney of any represented defendant. To send communications to the court without serving a copy on the other parties to the case violates the rules of court.

9. Each defendant shall have twenty (20) days after receipt of the summons to answer or otherwise respond to the complaint.

10. The parties are bound by the Federal Rules of Civil Procedure and by the Local Rules of this court.

      11.    The plaintiff must keep the court informed of his current address at all times while this case is pending.  Failure to do so may result in dismissal.

DATED this 23rd day of May, 2005.

                                  BY THE COURT:

                                  s/ F. A. GOSSETT
                                  United States Magistrate Judge

INSTRUCTIONS:  SUMMONS FORMS AND FORMS 285
for plaintiffs proceeding pro se and in forma pauperis

1.	A summons form provides notice to a defendant that the defendant has been sued and must answer or otherwise respond to the complaint.

2.	A form USM-285 ("form 285") provides directions to the U.S. Marshal as to whom to serve with process and where to serve the defendant(s).  The U.S. Marshal serves the defendant(s) without cost to you because you are proceeding in forma pauperis ("IFP").

3.	Do not copy your complaint to attach to the summons; the court will do that for you.

4.	 You may serve only defendant(s) named in the case caption of the complaint.  If a person is not named in the case caption of the operative complaint (generally the most recent complaint), that person will not be served with process. If you wish to serve additional defendant(s), you must move for leave to amend the complaint to add the additional defendant(s) to the case caption.

5.	Be sure to print your case number on all forms.

6.	You must give an address for each party to be served.  The U.S. Marshal will not know a defendant's address.

7.	Only one defendant may be named on each summons and each form 285.  You must complete one summons and one form 285 for every defendant in his or her *official* capacity, and another summons and form 285 for every defendant in his or her *individual* capacity.

8.	Where a summons form states:  "You are hereby summoned and required to serve on plaintiff's attorney"  print your name and address.

9.	Where a form 285 states:  "send notice of service copy to requestor at name and address" print your name and address.

10.	Where a form 285 calls for  "signature of attorney or other originator" provide your signature and date the form.

11.	Leave the last part of the summons form blank.  The court will fill in the number of days in which the defendant must answer, and the court will sign and date the form.