IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | 4:05CV3109 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN J. BATTERSHELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 32, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to respond to the defendants' motion to dismiss. Upon review of the record, I will grant the motion, and the plaintiff shall have until October 10, 2005 to file the document.

    SO ORDERED.

    DATED this 8th day of September, 2005.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge