IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN MAXWELL MONTIN,            )
                                )          4:05cv3109
                    Plaintiff,  )
                                )       MEMORANDUM AND ORDER
        vs.                     )
                                )
NANCY MONTANEZ, et al.,         )
                                )
                    Defendants. )

This matter is before the court on filing no. 74, the motion by the Plaintiff, John Maxwell Montin, for voluntary dismissal of the above-entitled case, without prejudice. Pursuant to Fed. R. Civ. P. 41(a)(2), the motion is granted.

THEREFORE, IT IS ORDERED:

1.      That filing no. 74 is granted, and the above-entitled case is dismissed, without prejudice, at the plaintiff's request;

2.      That judgment will be entered accordingly; and

3.      That any defendant who objects to the terms of the dismissal has the right to file a Motion to Alter or Amend Judgment within the deadline specified in Fed. R. Civ. P. 59(e).

September 27, 2006.                 BY THE COURT

                                   s/ *Richard G. Kopf*
                                   United States District Judge